IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

OLEN M. BAILEY, JR., Individually
TERESA W. BAILEY, Individually; THE
BAILEY LAW FIRM, A Professional
Corporation; and OLEN M. BAILEY, JR.
and TERESA W. BAILEY as Successors
of UNBORN BAILEY BABY GIRL,

    Plaintiffs,

VS.                                        NO. 04-2395 DP

DECK - White Station Tower, LLC;
DECK - White Station Manager, LLC;
KAUFMAN PROPERTIES, INC.;
KAUFMAN REALTY GROUP, LLC;
TRAMMEL CROW COMPANY, P.C.,
INC.; SANITORS, INC.; and JOHN/JANE
DOES, Individually

    Defendants and Third-Party Plaintiff

VS.

D.L. SCHMITZ WATERPROOFING &
RESTORATION COMPANY, INC., and
KERMIT B. BUCK & SON, INC.,

    Third-Party Defendants.,

    Defendants.

**CONSENT ORDER GRANTING DEFENDANT KAUFMAN PROPERTIES, INC. AND KAUFMAN REALTY GROUP, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

IN THIS CAUSE, it appearing to the Court that the Defendants' Motion for Partial Summary Judgment as to the claim concerning Unborn Bailey Baby Girl be granted and that the claim is hereby dismissed with prejudice.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Defendants' Motion for Partial Summary Judgment be granted by consent of Plaintiffs and Defendants Kaufman Properties, Inc. and Kaufman Realty Group, LLC and that Plaintiffs' claim related to Unborn Bailey Baby Girl is hereby dismissed with prejudice.

JUDGE

DATE: 5-11-2005

APPROVED BY:

JAMES B. SUMMERS (#4721)
Counsel for Defendants
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200

LARRY E. PARRISH (#8464) by pmr
Counsel for Plaintiffs
6075 Poplar Avenue, Suite 420
Memphis, Tennessee 38119

## CERTIFICATE OF SERVICE

I, James B. Summers, do hereby certify that a copy of the foregoing Motion was forwarded, via U.S. Mail, postage prepaid, on this the 5th day of May, 2005, to the following:

Larry E. Parrish
6075 Poplar Avenue, Suite 420
Memphis, TN 38119

Robert D. Flynn
80 Monroe Avenue, Suite 500
Memphis, TN 38103

Pam Green
81 Monroe Avenue, 6th Floor
Memphis, TN 38103

Tim W. Hellen
One Commerce Square, Suite 2000
Memphis, TN 38103

Kristi Bennett
Post Office Box 2425
Knoxville, TN 37901-2425

JAMES B. SUMMERS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:04-CV-02395 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

David A. Draper
LEWIS KING KRIEG & WALDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Kristi M. Bennett
LEWIS KING KRIEG & WALLDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Honorable Bernice Donald
US DISTRICT COURT