**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION**

OLEN M. BAILEY, JR. Individually,          )
TERESA W. BAILEY, Individually, THE        )
BAILEY LAW FIRM, A Professional            )
Corporation; and OLEN M. BAILEY, JR.       )
and TERESA W. BAILEY, as Successors        )
of UNBORN BAILEY BABY GIRL,                )
                                           )
    Plaintiffs,                            )
                                           )
V.                                         )
                                           )
DECK-WHITE STATION TOWER, LLC;             )
DECK-WHITE STATION MANAGER,                )
LLC; KAUFMAN PROPERTIES, INC.;             )
KAUFMAN REALTY GROUP, LLC;                 )
TRAMMEL CROW COMPANY, P.C.,                )
INC.; SANITORS, INC.; and JOHN/JANE        )
DOES, Individually                         )
                                           )
    Defendants and Third-Party             )
Plaintiffs                                 )
                                           )
v.                                         )
                                           )
D.L. SCHMITZ WATERPROOFING &               )
RESTORATION COMPANY, INC., and             )
KERMIT B. BUCK & SON, INC.,                )
                                           )
    Third-Party Defendants.                )

No.: 04-2395 DP

**MOTION GRANTED**
DATE: 5-19-2005

_(signature)_

**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

**JOINT MOTION FOR CONTINUANCE**
**AND FOR SECOND AMENDED JOINT SCHEDULING ORDER**

Come all plaintiffs and all defendants, by and through counsel, pursuant to the Federal

Rules of Civil Procedure and Local Rule 7.4 and hereby jointly move the Court for a continuance

of the trial in this matter which is currently set to be heard on December 19, 2005 and further

move for the entry of the Second Amended Joint Scheduling Order filed simultaneously herewith.

In support of this Motion, the movants would show the Court as follows:

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-20-05

66

1.      The Plaintiffs filed their original Complaint on May 27, 2004.

2.      The Defendants named in the original Complaint filed their Answer and Third-Party Complaint on July 22, 2004.

3.      The Third-Party Defendant D.L. Schmitz Waterproofing & Restoration Co., Inc. was served with process on or about August 23, 2004; the Third-Party Defendant Kermit B. Buck & Son, Inc. was served with process on October 4, 2004.

4.      The Plaintiffs filed their First Amended Complaint on October 22, 2004.

5.      This case involves claims of personal injury and property damage related to Plaintiffs' alleged exposure to mold.

6.      Although some of the parties have engaged in some written discovery, the newly-added parties have not yet engaged in written discovery.  Further, no depositions have yet been taken, and the movants are unable to evaluate the case fully and accurately until further discovery, and in particular expert discovery, has been completed.

7.      The trial of this matter is estimated to take at least five (5) days.

WHEREFORE, the parties jointly hereby move the Court for entry of an Order continuing the trial of this matter, to commence on a later date by agreement of the parties and further move the Court to enter the Second Amended Joint Scheduling Order filed simultaneously herewith, with the trial date to be re-set by the Court at a later date.

Respectfully submitted this ____ day of May, 2005.

2

**LARRY E. PARRISH, P.C.**
Attorney's for Plaintiffs

By: _____
Larry E. Parrish, BPR# 8464
6075 Poplar Avenue, Suite 420
Memphis, Tennessee 38018


**ALLEN, SUMMERS, SIMPSON, LILLIE & GRESHAM, PLLC**
Attorneys for Defendants and Third Party Plaintiffs Deck–White Station Tower, LLC, Deck-White Station Manager, LLC, Kaufman Properties, Inc., Kaufman Realty Group, LLC

By: _____
James B. Summers, BPR #4721
65 Union Avenue, 9th Floor
Post Office Drawer 3543
Memphis, Tennessee  38173-0543


**LEWIS, KING, KRIEG & WALDROP, P.C.**
Attorneys for Third Party Defendant Kermit B. Buck & Son, Inc.

By: _____
David A. Draper, Esq. (BPR #016067)
Kristi M. Bennett, Esq. (BPR #020633)
One Centre Square, Fifth Floor
620 Market Street
Knoxville, Tennessee  37901


**SPICER, FLYNN & RUDSTROM, PLLC**
Attorneys for Third Party Defendant D.L. Schmitz Waterproofing & Restoration Company, Inc.

By: _____
Robert D. Flynn, Esq. (BPR #7941)
80 Monroe Avenue, Suite 500
Memphis, Tennessee 38103-2465


**FARRIS, MATHEWS, BRANAN, BOBANG, HELLEN & DUNLAP, PLC**

3

Attorneys for Defendant Sanitors, Inc.

By: _____
Tim Wade Hellen, Esq. (BPR #8389)
One Commerce Square
Suite 2000
Memphis, Tennessee 38103

**MCNABB, BRAGORGOS & BURGESS, PLLC**
Attorneys for Defendant Trammel Crow Company, P.C., Inc.

By: _____
Pam W. Green, Esq. (BPR #10407)
Sixth Floor
81 Monroe Avenue
Memphis, Tennessee 38103-5402

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record by placing postage prepaid envelope in United States Mail Service addressed to them as indicated below their signatures.

This the _____ day of May, 2005.

_____

4

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CV-02395 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Kristi M. Bennett
LEWIS KING KRIEG & WALLDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Garrett M. Estep
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

David A. Draper
LEWIS KING KRIEG & WALDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT