IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 17 PM 3: 30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| OLEN M. BAILEY, JR., Individually; ) <br> TERESA W. BAILEY, Individually; ) <br> THE BAILEY LAW FIRM, ) <br>   A Professional Corporation ) <br> ) <br>   Plaintiffs ) <br> ) <br> v. ) <br> ) <br> DECK – WHITE STATION TOWER, LLC; ) <br> DECK – WHITE STATION MANAGER, LLC; ) <br> KAUFMAN PROPERTIES, INC.; ) <br> KAUFMAN REALTY GROUP, LLC; ) <br> TRAMMELL CROW COMPANY, P.C., INC.; ) <br> SANITORS, INC.; and ) <br> JOHN/JANE DOES, Individually ) <br> ) <br>   Defendants and Third-Party Plaintiffs ) <br> ) <br> v. ) <br> ) <br> D.L. SCHMITZ WATERPROOFING & ) <br> RESTORATION COMPANY, INC., and ) <br> KERMIT B. BUCK & SON, INC., ) <br> ) <br>   Third-Party Defendants. ) | No. 04-2395 DP <br> JURY DEMANDED |

---

### ORDER GRANTING AN ENLARGEMENT OF TIME FOR PLAINTIFFS TO RESPOND TO SANITORS' MOTION FOR SUMMARY JUDGMENT

---

On June 10, 2005, plaintiffs, Olen M. Bailey, Jr. and Teresa W. Bailey, filed a motion for enlargement of time within which to respond to the May 13, 2005 motion of defendant, Sanitors, Inc. for a summary judgment. On consideration of the motion and the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-20-05

76

memorandum supporting the motion, including the lack of opposition by Sanitors, Inc, the Court is of the opinion that the motion for an enlargement of time is well taken and should be granted. Therefore, it is

**ORDERED, ADJUDGED AND DECREED** that plaintiffs are permitted to respond to the May 14, 2005 Motion of Sanitors, Inc. for a summary judgment at any time on or before August 8, 2005.

**ENTERED** this 17th day of June 2005.

_____
Judge

2

F:\Clients\Bailey\Pleadings\Order granting an enlargement of time for plaintiffs to resp. to Sanitors' mtn for Summ. Judg..doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:04-CV-02395 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Reagan F. Goins
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Garrett M. Estep
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

David A. Draper
LEWIS KING KRIEG & WALDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Kristi M. Bennett
LEWIS KING KRIEG & WALLDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Honorable Bernice Donald
US DISTRICT COURT