IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

OLEN M. BAILEY, JR., Individually
TERESA W. BAILEY, Individually; THE
BAILEY LAW FIRM, A Professional
Corporation,

    Plaintiffs,

VS.                                             NO. 04-2395 DP

DECK - White Station Tower, LLC;
DECK - White Station Manager, LLC;
KAUFMAN PROPERTIES, INC.;
KAUFMAN REALTY GROUP, LLC;
TRAMMEL CROW COMPANY, P.C.,
INC.;   SANITORS,   INC.;   and
JOHN/JANE
DOES, Individually

    Defendants and Third-Party Plaintiff

VS.

D.L. SCHMITZ WATERPROOFING &
RESTORATION COMPANY, INC., and
KERMIT B. BUCK & SON, INC.,

    Third-Party Defendants.,

    Defendants.

## ORDER GRANTING AN ENLARGMENT OF TIME FOR PLAINTIFFS TO RESPOND TO SANITORS' MOTION FOR SUMMARY JUDGMENT

On July 5, 2005, Defendants DECK-White Station Tower, LLC, DECK-White Station Manager, LLC, Kaufman Properties, Inc. and Kaufman Realty Group, LLC, filed a motion for enlargement of time within which Plaintiffs may respond to the May 13, 2005 motion of

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-11-05



defendant, Sanitors, Inc. for summary judgment. On consideration of the motion and the memorandum supporting the motion, including the lack of opposition by Plaintiffs or Sanitors, Inc., the Court is of the opinion that the motion for an enlargement of time is well taken and should be granted. Therefore, it is

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs are permitted to respond to the May 13, 2005 motion of Sanitors, Inc. fur summary judgment at any time on or before September 2, 2005.

**ENTERED** this _5_ day of July, 2005.

JUDGE

DATE: July 5, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:04-CV-02395 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

David A. Draper
LEWIS KING KRIEG & WALDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Kristi M. Bennett
LEWIS KING KRIEG & WALLDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Reagan F. Goins
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Garrett M. Estep
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT