IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.G.

05 SEP -2 PM 1:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

OLEN M. BAILEY, JR., Individually
TERESA W. BAILEY, Individually; THE
BAILEY LAW FIRM, A Professional
Corporation,

    Plaintiffs,

VS.

DECK - White Station Tower, LLC;
DECK - White Station Manager, LLC;
KAUFMAN PROPERTIES, INC.;
KAUFMAN REALTY GROUP, LLC;
TRAMMEL CROW COMPANY, P.C.,
INC.; SANITORS, INC.; and
JOHN/JANE
DOES, Individually

    Defendants and Third-Party Plaintiff

VS.

D.L. SCHMITZ WATERPROOFING &
RESTORATION COMPANY, INC., and
KERMIT B. BUCK & SON, INC.,

    Third-Party Defendants.,

    Defendants.

NO. 04-2395 DP

## ORDER GRANTING AN ENLARGMENT OF TIME FOR DEFENDANTS TO RESPOND TO SANITORS' MOTION FOR SUMMARY JUDGMENT

On September 1, 2005, Defendants DECK-White Station Tower, LLC, DECK-White Station Manager, LLC, Kaufman Properties, Inc. and Kaufman Realty Group, LLC, filed a motion for enlargement of time within which Defendants may respond to the May 13, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____



85

motion of defendant, Sanitors, Inc. for summary judgment. On consideration of the motion and the memorandum supporting the motion, the Court is of the opinion that the motion for an enlargement of time is well taken and should be granted. Therefore, it is

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs are permitted to respond to the May 13, 2005 motion of Sanitors, Inc. fur summary judgment at any time on or before September 12, 2005.

**ENTERED** this 2nd day of September, 2005.

JUDGE

DATE: September 2, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 85 in case 2:04-CV-02395 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Reagan F. Goins
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Kristi M. Bennett
LEWIS KING KRIEG & WALLDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Garrett M. Estep
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

David A. Draper
LEWIS KING KRIEG & WALDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Honorable Bernice Donald
US DISTRICT COURT