IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| OLEN M. BAILEY, JR., Individually,<br>TERESA W. BAILEY, Individually,<br>THE BAILEY LAW FIRM,<br> A Professional Corporation; and<br>OLEN M. BAILEY, JR. and<br>TERESA W. BAILEY, as Successors of<br>UNBORN BAILEY BABY GIRL,<br><br>　　　Plaintiffs,<br><br>v.<br><br>DECK - WHITE STATION TOWER, LLC;<br>DECK - WHITE STATION MANAGER, LLC;<br>KAUFMAN PROPERTIES, INC.;<br>KAUFMAN REALTY GROUP, LLC;<br>TRAMMEL CROW COMPANY, P.C., INC.;<br>SANITORS, INC.; and<br>JOHN/JANE DOES, Individually<br><br>　　　Defendants and Third-Party Plaintiffs<br><br>v.<br><br>D.L. SCHMITZ WATERPROOFING &<br> RESTORATION COMPANY, INC., and<br>KERMIT B. BUCK & SON, INC.,<br><br>　　　Third-Party Defendants. | No. 04-2395 DP<br>JURY DEMANDED |

## CONSENT ORDER EXTENDING TIME TO PLAINTIFFS
## TO RESPOND TO SANITORS' MOTION FOR SUMMARY JUDGMENT

Previously in this cause on July 6, 2005 there was entered an Order entitled:

Order Granting an Enlargement of Time for Plaintiffs to Respond to Sanitors' Motion for

Summary Judgment. The reasons for that Order still exist. The written record of the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

discovery described in that Order has not yet been delivered to counsel for the Plaintiffs. Counsel for the Plaintiffs has requested that they be allowed additional time in which to respond to the Motion to and including September 30, 2005. Sanitors does not oppose this request.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the Plaintiffs are permitted to respond to the May 13, 2005 Sanitors, Inc. Motion for Summary Judgment at any time on or before September 30, 2005.

_____
Bernice B. Donald, Judge

Date: September 2, 2005

APPROVED:

_____
Tim Wade Hellen           #8389
Attorney for Sanitors, Inc.

_____
Larry E. Parrish     by TWH
Attorney for Plaintiffs

G:\DATA\TWH\LM\Sanitors\extendtime.order.wpd

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:04-CV-02395 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Reagan F. Goins
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Garrett M. Estep
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

David A. Draper
LEWIS KING KRIEG & WALDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Kristi M. Bennett
LEWIS KING KRIEG & WALLDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Honorable Bernice Donald
US DISTRICT COURT