IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
TENNESSEE, WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 19 AM 10: 45
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| OLEN M. BAILEY, JR. Individually, TERESA W. BAILEY, Individually, THE BAILEY LAW FIRM, A Professional Corporation;, <br><br> Plaintiffs, <br> v. <br><br> DECK-WHITE STATION TOWER, LLC; DECK-WHITE STATION MANAGER, LLC; KAUFMAN PROPERTIES, INC.; KAUFMAN REALTY GROUP, LLC; TRAMMEL CROW COMPANY, P.C., INC.; SANITORS, INC.; and JOHN/JANE DOES, Individually <br><br> Defendants and Third-Party Plaintiffs <br><br> v. <br><br> D.L. SCHMITZ WATERPROOFING & RESTORATION COMPANY, INC., and KERMIT B. BUCK & SON, INC., <br><br> Third-Party Defendants. | 04-2395 DP |

## AGREED ORDER OF WITHDRAWAL
## AND SUBSTITUTION OF COUNSEL

Upon Motion of the Third-Party Defendant Kermit B. Buck & Son, Inc. ("Buck"), it is hereby ordered that Kristi M. Bennett of Lewis, King, Krieg & Waldrop, P.C.'s Knoxville office be permitted to withdraw as counsel of record for Buck.

It is further ORDERED that Jason M. Pannu of Lewis, King, Krieg & Waldrop, P.C.'s Nashville office be substituted as counsel of record for Buck. Any and all further notices or

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12/20/05_

1

other communications concerning this matter shall also be directed to Jason M. Pannu, Lewis, King, Krieg & Waldrop, P.C., SunTrust Bank Building, Suite 1500 – 201 Fourth Avenue North, Post Office Box 198615, Nashville, Tennessee 37219-8615. David A. Draper and the law firm of Lewis, King, Krieg & Waldrop, P.C. will remain as counsel of record for Buck.

ENTERED this the _16_ day of _December_ 2005.

_____
U.S. ~~DISTRICT COURT~~ Magistrate JUDGE

**APPROVED FOR ENTRY:**

**LARRY E. PARRISH, P.C.**
*Attorneys for Plaintiffs*

By: _LARRY E. PARRISH /JMP with permission_
Larry E. Parrish, Esq. (BPR# 8464)
The Crescent Center
6075 Poplar Avenue, Suite 420
Memphis, Tennessee 38018


**ALLEN, SUMMERS, SIMPSON, LILLIE & GRESHAM, PLLC**
*Attorneys for Defendants and Third Party Plaintiffs Deck–White Station Tower, LLC, Deck–White Station Manager, LLC, Kaufman Properties, Inc., Kaufman Realty Group, LLC*

By: _REAGAN F. GOINS /JMP with permission_
James B. Summers, Esq. (BPR #4721)
Reagan F. Goins, Esq. (BPR # 23646)
65 Union Avenue, 9th Floor
Post Office Drawer 3543
Memphis, Tennessee 38173-0543

2

**LEWIS, KING, KRIEG & WALDROP, P.C.**
*Attorneys for Third Party Defendant Kermit B. Buck & Son, Inc.*

By: *DAVID A. DRAPER /JMP with permission*
David A. Draper, Esq. (BPR #016067)
Kristi M. Bennett, Esq. (BPR #020633)
One Centre Square, Fifth Floor
620 Market Street
Knoxville, Tennessee 37901

By: _____
Jason M. Pannu, Esq. (BPR #023816)
SunTrust Bank Building
Suite 1500 – 201 Fourth Avenue North
Nashville, Tennessee 37209


**SPICER, FLYNN & RUDSTROM, PLLC**
*Attorneys for Third Party Defendant D.L. Schmitz Waterproofing & Restoration Company, Inc.*

By: *ROBERT D. FLYNN /JMP with permission*
Robert D. Flynn, Esq. (BPR #7941)
80 Monroe Avenue, Suite 500
Memphis, Tennessee 38103-2465


**FARRIS, MATHEWS, BRANAN, BOBANG, HELLEN & DUNLAP, PLC**
*Attorneys for Defendant Sanitors, Inc.*

By: *TIM HELLEN /JMP with permission*
Tim Wade Hellen, Esq. (BPR #8389)
One Commerce Square
Suite 2000
Memphis, Tennessee 38103

3

**MCNABB, BRAGORGOS & BURGESS, PLLC**
*Attorneys for Defendant Trammel Crow Company, P.C., Inc.*

By: __PAM W. GREEN / JMP__ with permission
Leland M. McNabb, Esq. (BPR # 7551)
Pam W. Green, Esq. (BPR #10407)
Sixth Floor
81 Monroe Avenue
Memphis, Tennessee 38103-5402

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in case 2:04-CV-02395 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Kristi M. Bennett
LEWIS KING KRIEG & WALLDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

David A. Draper
LEWIS KING KRIEG & WALDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

Jason Michael Pannu
LEWIS KING KRIEG & WALDROP, PC- Nashville
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Reagan F. Goins
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Garrett M. Estep
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT