IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 DEC 21 AM 9: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

OLEN M. BAILEY, JR., Individually )
TERESA W. BAILEY, Individually; and )
THE BAILEY LAW FIRM, )
   A Professional Corporation )
  )
  )
   Plaintiffs, )
  )
v. )   No. 04-2395 DP
  )   JURY DEMANDED
  )
DECK – White Station Tower, LLC; )
DECK – White Station Manager, LLC; )
KAUFMAN PROPERTIES, INC.; and )
KAUFMAN REALTY GROUP, LLC, )
  )
   Defendants. )

## ORDER ENLARGING TIME FOR RESPONSE IN OPPOSITION

On December 14, 2005, plaintiffs and defendants, DECK- White Station Tower, LLC, DECK- White Station Manager, LLC, Kaufman Properties, Inc. and Kaufman Realty Group, LLC, agreed that, without objection, the court could enlarge the date for plaintiffs response in opposition to the motion by said defendants for a partial summary judgment. Having considered the motion and the entire case, it is the opinion of the Court that said motion should be granted. Therefore, it is

**ORDERED, ADJUDGED AND DECREED** that plaintiffs are required, on or before January 9, 2006, to respond in opposition to the aforesaid motion for partial summary judgment.

ENTERED this **2 /** day of December 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

_____
District Judge

F:\Clients\Bailey\Pleadings\Order Enlarging Time For Response In Opposition.doc

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:04-CV-02395 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

David A. Draper
LEWIS KING KRIEG & WALDROP, PC
620 Market St.
5th Floor
P.O. Box 2425
Knoxville, TN 37901

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Reagan F. Goins
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Jason Michael Pannu
LEWIS KING KRIEG & WALDROP, PC- Nashville
201 4th Avenue North
Ste. 1500
Nashville, TN 37219

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Tim Wade Hellen
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Garrett M. Estep
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT